```
        IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA
                    SAVANNAH DIVISION
```

VERONICA L. PILCHER,            )
                                )
    Plaintiff,                  )
                                )
v.                              )   CASE NO. CV421-216
                                )
KILOLO KIJAKAZI, in her capacity)
as Acting Commissioner of the   )
Social Security Administration, )
                                )
    Defendant.                  )
                                )

## O R D E R

Before the Court is the Magistrate Judge's February 27, 2023, Report and Recommendation (Doc. 14), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 14.) The Commissioner's final decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of March 2023.

```
                        _____
                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA
```

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).